IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-40055
Summary Calendar
_____

KENNETH A. GONZALES,

Plaintiff-Appellant,

versus

O/S VESSEL BRAZOS PILOT; BRAZOS
PILOT ASSOCIATION; MAX BLANTON,
JOHN GUNNING,

Defendants-Appellees.

_____

Appeal from the United States District Court for
the Southern District of Texas
(USDC No. G-99-CV-85)

_____

August 9, 2000

Before REAVLEY, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed. Appellant did not object to the

district court's order concerning the timing of witness testimony, nor did appellant seek to

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

make an offer of proof of additional evidence.  No due process error has been preserved for review.  The findings of the district judge are supported by ample evidence in the record and are not clearly erroneous.

AFFIRMED

2